IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 1:21-CR- 220 |
| v. | : |
| | : |
| TAHMERE LINDSAY, | : ( Judge Wilson ) |
| Defendant. | : |

# INDICTMENT

**THE GRAND JURY CHARGES:**

FILED
HARRISBURG, PA

AUG 0 4 2021

Per _____
Deputy Clerk

### COUNT 1
21 U.S.C. § 841(a)(1)
(Possession with Intent
to Distribute a Controlled Substance)

On September 4, 2020, in Lebanon County, within the Middle District of Pennsylvania, the defendant,

**TAHMERE LINDSAY,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 922(g)(1)
(Possession of Firearm by a Prohibited Person)

On September 4, 2020, in Lebanon County, within the Middle District of Pennsylvania, the defendant,

**TAHMERE LINDSAY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, an AMT Automag II, .22 magnum semiautomatic pistol, serial number C00855, and the firearm possessed was in and affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

BRUCE D. BRANDLER
Acting United States Attorney

███████████████
Foreperson

JOHNNY BAER
Assistant United States Attorney

8/4/21
Date

2